BRAD A. MOKRI, SBN: 208213
LAW OFFICES OF MOKRI & ASSOCIATES
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone No.: (714) 619-9395
Facsimile No.: (714) 619-9396

Attorneys for Plaintiff:
HERITAGE PACIFIC FINANCIAL, LLC. D/B/A
HERITAGE PACIFIC FINANCIAL

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| HERITAGE PACIFIC FINANCIAL, LLC. D/B/A HERITAGE PACIFIC FINANCIAL, a Texas Limited Liability Company<br><br>Plaintiff<br><br>KIKEY DOMINGUEZ<br><br>Defendants. | Chapter: 7<br>Bankruptcy No.: 6:11-BK-10960<br>Adversary Case No.: 11-01646MW<br><br>**CERTIFICATE OF SERVICE RE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT** |

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1851 E. First Street, Suite 900, Santa Ana, California 92705.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 26, 2011, I placed with this firm at the above address for deposit with the United States Postal Service the a true and correct copy of the within document(s):

1. SUMMONS AND NOTICE OF TELEPHONIC STATUS CONFERENCE IN AN ADVERSARY PROCEEDING;

2. *COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT [11 U.S.C. §523(a)(2)(A)].*

---

CERTIFICATE OF SERVICE RE COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT

1

1. *3. ADDITIONAL INSTRUCTIONS FOR PLAINTIFF/PLAINTIFF'S ATTORNEY*
2. *4. NOTICE TO DEFENDANTS (ENGLISH AND SPANISH)*
3. *5. UNITED STATES BANKRUPTCY COURT EARLY MEETING OF COUNSEL AND STATUS CONFERENCE INSTRUCTIONS*

in a sealed envelope, postage fully paid, addressed as listed below for party(ies) that are ecf non-participatory. The remaining parties are ecf participatory and receive a notification at the time of electronic filing.

**Debtor**
Kikey Dominguez
1107 Overlook Parkway
Riverside, CA 92506

Kikey Dominguez
Camino Real Numero 265 Avenida
Colonia la Cazumba, Mazatlan, Mexico

**Attorney for Debtor**
Lazaro E. Fernandez
3600 Lime St., Suite 614
Riverside, CA 92501

**Trustee**
Robert L. Goodrich
22365 Barton Rd., Suite 220
Grand Terrace, CA 92313

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with United States Postal Service on this date.

I declare that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on April 26, 2011, at Santa Ana, California.

By: /S/ Gissou Mokri
Gissou Mokri

---

CERTIFICATE OF SERVICE RE COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT

2